UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARMAND E. SABITONI, ROCCO DAVIS, ) <br> VERE O. HAYNES, VINCENT MASINO, ) <br> DENNIS MARTIRE, PAUL FAYAD, NOEL C. ) <br> BORCK, GINO DECONTI, JOHN D. ) <br> O'REILLY III, and SUSAN BEAL, as ) <br> Trustees of the Laborers' National Health ) <br> And Welfare Fund, c/o ) <br> Zenith Administrators, Inc. ) <br> 5565 Sterret Place, Suite 210, ) <br> Columbia, Maryland 21044 ) <br>                       Plaintiffs, ) <br>                             ) <br> HOSPITAL KLEAN OF TEXAS, INC. ) <br> 15303 Tradesman, ) <br> San Antonio, Texas 78249-1311 ) <br>                       ) <br>                       Defendant. ) | CIVIL ACTION <br> CASE NO.   1:08-cv-01277 RMU |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D.D.C. LCvR 83.2(d), I move that JOHNATHAN M. BAILEY be admitted to practice in the United States District Court for the District of Columbia, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with LCvR 83.2(c)(1), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to LCvR 83.2(d), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Dated: August 29, 2008

            Respectfully Submitted,

            George R. Clark
            Attorney-at-Law
            910 17th Street, N.W. Suite 800
            Washington, D.C. 20006
            202-331-3200
            202-331-2100 (fax)
            grclark@georgerclark.com

            By: /s/ George R. Clark
                George R. Clark
                DC Bar Number: 179747

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2008, I electronically transmitted the foregoing Motion for Pro Hac Vice to the Clerk of Court using the ECF system for filing. Based on the records currently on file, Clerk of Court will transmit Notice of Electronic Filing to the following ECF registrants:

        James S. Ray, Esq
        Law Office of James S. Ray
        706 Duke Street
        Alexandria, Virginia 22314
        Telephone: (703)836-8111
        Facsimile: (703) 836-1888
        jrayraylaw@aol.com

             /s/ George R. Clark
             George R. Clark

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARMAND E. SABITONI, ROCCO DAVIS, ) <br> VERE O. HAYNES, VINCENT MASINO, ) <br> DENNIS MARTIRE, PAUL FAYAD, NOEL C. ) <br> BORCK, GINO DECONTI, JOHN D. ) <br> O'REILLY III, and SUSAN BEAL, as ) <br> Trustees of the Laborers' National Health ) <br> And Welfare Fund, c/o Zenith ) <br> Administrators, Inc. 5565 Sterret Place, ) <br> Suite 210, Columbia, Maryland 21044 ) <br> ) <br> Plaintiffs, ) <br> ) <br> HOSPITAL KLEAN OF TEXAS, INC. ) <br> 15303 Tradesman, San Antonio, Texas ) <br> 78249-1311 ) <br> Defendant. ) | CIVIL ACTION <br> CASE NO.   1:08-cv-01277 RMU |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to LCvR83.2(c), (d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:  Johnathan M. Bailey

2. I practice under the following firm name or letterhead:

   Name:        Bailey & Bailey, P.C.

   Address:     115 East Travis Street, Suite 711

                   San Antonio, Texas 78205

   Telephone Number: (210) 225-7747

   Fax:              (210) 225-8246

   Email address:    jbailey@baileylaw.biz

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Texas | April 10, 1997 | 24000009 |
| United States District Court for the Western District of Texas, | December 3, 1999; | |
| United States District Court for the Southern District of Texas, | September 14, 2007; | |
| United States Claims Court, now the United States Court of Federal Claims, | October 10, 1997 | |
| United States Court of Appeals for the Federal Circuit | May 28, 1999; and | |
| United States Court of Appeals for the Fifth Circuit | March 16, 2001. | |

4. I am in good standing in all bars of which I am a member.

5. No disciplinary or grievance proceedings have been previously filed against me and no disciplinary or grievance proceedings are pending against me in any jurisdiction.

6. I have not been admitted Pro Hac Vice to this court at any time in the past two years.

7. I have reviewed LCvR83.2(c)(1). Pursuant to that rule, I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the

preparation and trial of the case or proceedings to the extent required by the Court.

8. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

Dated: August 29, 2008

                                    Respectfully Submitted,

                                    _/S/ Johnathan M. Bailey_
                                    Johnathan Bailey
                                    Texas Bar No. 24000008

                                    BAILEY & BAILEY, P.C.
                                    The Milam Building, Suite 711
                                    115 East Travis Street
                                    San Antonio, Texas 78205-1611
                                    Telephone:   (210) 225-7747
                                    Facsimile:   (210) 225-8246
                                    JBailey@Baileylaw.biz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARMAND E. SABITONI, ROCCO DAVIS, VERE O. HAYNES, VINCENT MASINO, DENNIS MARTIRE, PAUL FAYAD, NOEL C. BORCK, GINO DECONTI, JOHN D. O'REILLY III, and SUSAN BEAL, as Trustees of the Laborers' National Health And Welfare Fund, c/o Zenith Administrators, Inc. 5565 Sterret Place, Suite 210, Columbia, Maryland 21044<br><br>Plaintiffs,<br><br>HOSPITAL KLEAN OF TEXAS, INC. 15303 Tradesman, San Antonio, Texas 78249-1311<br><br>Defendant. | CIVIL ACTION<br>CASE NO.   1:08-cv-01277 RMU |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice filed August 29, 2008, and for good cause shown, the Court finds that said motion should be sustained and that Johnathan M. Bailey should be and hereby is admitted to practice in the United States District Court for the District of Columbia for purposes of this case only.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE