AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ARMAND E. SABITONI, et al.

**SUMMONS IN A CIVIL CASE**

V.

HOSPITAL KLEAN OF TEXAS, INC.
15303 Tradesman
San Antonio, Texas 78249

Case: 1:08-cv-01277
Assigned To : Urbina, Ricardo M.
Assign. Date : 7/25/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

HOSPITAL KLEAN OF TEXAS, INC.
15303 Tradesman
San Antonio, Texas 78249

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES S. RAY, ESQ.
LAW OFFICE OF JAMES S. RAY
706 DUKE STREET
ALEXANDRIA, VIRGINIA 22314

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

JUL 2 5 2008

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-12-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| HECTOR J. CUELLAL | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 15303 TRADESMAN, San Antonio, TX 78249

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 95.00 | 95.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8-13-08
                Date

Signature of Server    SCH3029

P O Box 460294 SA, TX
Address of Server